# UNITED STATES DISTRICT COURT

WESTERN   District of   ARKANSAS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| MANDINGO SIMMS | Case Number: 2:11CR20007-001 |
| | USM Number: 27541-034 |
| | Jered Medlock |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pled guilty to violation of condition(s) _ of the term of supervision.

X was found in violation of condition(s)   General   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| General | Convicted of domestic battery 3rd degree. | March 15, 2010 |
| General | Arrested on September 4, 2012, and charged with rape, aggravated assault on a family or household member, domestic battery 3rd degree, terroristic threatening, and criminal mischief. | August 22, 2012 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-4864

Defendant's Date of Birth: xx-xx-1979

Defendant's Residence Address:

xxxxxxxxxxxxxxx

Fort Smith, AR 72904

Defendant's Mailing Address:

Same as above

July 11, 2013
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, Senior United States District Judge
Name and Title of Judge

7/12/13
Date

DEFENDANT: MANDINGO SIMMS
CASE NUMBER: 2:11CR20007-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Sixty (60) months with no term of supervised release to follow. Defendant is to be given credit for time served since June 13, 2013. Further, the sentence is to be ran concurrently with any sentence imposed in case number 17CR-12-452 (1) in Crawford County Circuit Court, Van Buren, Arkansas.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL